IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE GARGES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| The PEOPLE'S LIGHT & | : | |
| THEATER, Co., *et al.*, | : | |
| Defendants. | : | No. 09-2456 |

# O R D E R

**AND NOW**, this 28th day of October, 2010, upon consideration of Defendants' Motion to Dismiss (Docket No. 8), the Motion is hereby **GRANTED** *in part* and **DENIED** *in part.*

The Motion is **GRANTED** to the extent that Defendants seek dismissal of (1) Count 16; (2) Count 21 as against the People's Light & Theater Company; (3) Count 22; (4) Count 23; (5) Count 24; (6) Count 28; and (7) all references to the Pennsylvania Equal Rights Amendment ("PERA") in Counts 2, 4, 6, 8, 10, 12 and 14.[1]

The Motion is **DENIED** to the extent that Defendants seek dismissal of Counts 1, 3, 5, 7, 9, 11, 13, 19, and 20.[2]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Garges voluntarily withdrew Count 16 and the references to the PERA in her Response to the Motion to Dismiss (Docket No. 9). This was confirmed at oral argument.

[2] Defendants withdrew this portion of their Motion in their Reply to Response to Motion to Dismiss (Docket No. 10). This was likewise confirmed at oral argument.