IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE GARGES,       | : | CIVIL ACTION |
| Plaintiff,              | : | |
|                         | : | |
| v.                      | : | |
|                         | : | |
| The PEOPLE'S LIGHT &    | : | |
| THEATER, Co., *et al.*, | : | |
| Defendants.             | : | No. 09-2456 |

**O R D E R**

**AND NOW**, this 24th day of January, 2012, upon consideration of Defendants' Motion to Dismiss or Strike Plaintiff's Second Amended Complaint (Docket No. 40), Plaintiff's opposition thereto (Docket Nos. 41, 42), Defendants' reply (Docket No. 43) and Plaintiff's Surreply (Docket No. 44), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Counts 16, 22, 23, 24, and 28 of Plaintiff's Second Amended Complaint (Docket No. 39) are hereby **DISMISSED** and **STRICKEN** in their entirety;

2. Count 21 of Plaintiff's Second Amended Complaint is **DISMISSED** as to Defendant People's Light and Theater Company;

3. The portions of Counts 2, 4, 6, 8, 10, 12, and 14 that reference the Pennsylvania Equal Rights Amendment are **DISMISSED** and **STRICKEN**;

4. The portion of paragraph 150 of Plaintiff's Second Amended Complaint that reads "(Plaintiff expects to obtain her signed contracts and/or additional information about the whereabouts or disposition of such documents when defendants

completely respond to plaintiff's discovery requests.)" is **STRICKEN**;

5. The portion of paragraph 215 of Plaintiff's Second Amended Complaint that reads "In addition, to the best of plaintiff's recollection, defendants, through their legal counsel, expressed the false idea that plaintiff was, or could be, suicidal, to the Court of record in the first sentence of counsel's opening statement at oral argument on defendants' partial motion to dismiss in February 2010." is **STRICKEN**;

6. Defendants shall respond to the remainder of Ms. Garges's Second Amended Complaint no later than 14 days from the date of this Order; and

7. In accordance with Federal Rule of Civil Procedure 15(a)(2), no further amendments to the complaint shall be made without first obtaining either the written consent of Defendants or the approval of the Court.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE