IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE GARGES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| The PEOPLE'S LIGHT & THEATER, Co., *et al.*, | : | |
| | : | |
| *Defendants.* | : | No. 09-2456 |

**O R D E R**

**AND NOW**, this 17th day of December, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 58), Plaintiff's opposition thereto (Docket No. 61) and other responses and replies (Docket Nos. 63, 76, 82), it is hereby **ORDERED** that:

1. The Motion is **GRANTED.** Counts 1, 3, 5, 7, 9, 11, 13, 15, 18, and 25 are dismissed with prejudice. Counts 2, 4, 6, 8, 10, 12, 14, 16, 17, 19-24, and 26 are dismissed without prejudice;

2. The parties' motions *in limine* (Docket Nos. 67, 83, 84) are deemed MOOT;

3. Judgment is hereby entered in favor of Defendants and against Plaintiff as to Counts 1, 3, 5, 7, 9, 11, 13, 15, 18, and 25; and

4. The Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE